BURLEW, Respondent, v. HUNTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Phebe Burlew against John L. Hunter. No opinion. Order affirmed, with costs.

BURNHAM v. BURNHAM. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Beekman T. Burnham against Emily A. Burnham. No opinion. Motion denied. See 45 N. Y. Supp. 1135.

CARRERE v. DUN. (Supreme Court, Appellate Division, First Department. December, 17, 1897.) Action by Fannie B. Carrere against Robert G. Dun. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 821.

In re CARTER. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) In the matter of the final accounting of Vaulx Carter, assignee. Interstate Steamboat Company and F. B. Vandegrift, appellants, and Vaulx Carter and N. T. Bacon, respondents. No opinion. Order resettled. See 47 N. Y. Supp. 383.

CARTY, Respondent, v. EHRICH et al., Appellants. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Jane Carty against Julius Ehrich and others. No opinion. Motion denied. See 45 N. Y. Supp. 1136.

CASSIDY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Sarah E. Cassidy against the Nassau Electric Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $1,500, and extra allowance proportionately, in which event the judgment, as modified, is unanimously affirmed, without costs. All concur, except BARTLETT, J., who dissents solely as to reduction of recovery.

CENTRAL NAT. BANK v. BENNETT MFG. CORP. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by the Central National Bank against the Bennett Manufacturing Corporation. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 1132.

CENTRAL TRUST CO., Respondent, v. BARSE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by Central Trust Company against Mary H. Barse and others. A. Moot, for appellants. A. H. Van Brunt, for respondent. No opinion. Judgment and order affirmed, with costs.

CHAURANT v. MAILLARD. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Henry Chaurant against Henry Maillard. No opinion. Motion granted, with $10 costs.

In re CHEESEBROUGH. (Supreme Court, Appellate Division, First Department. November 12, 1897.) In the matter of Julius F. Cheesebrough. No opinion. Motion granted, with $10 costs.

CHINNERY, Respondent, v. UNITED STATES INDUSTRIAL INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by Michael Chinnery, as administrator, etc., of Catharine Chinnery, deceased, against the United States Industrial Insurance Company. No opinion. Judgment and order affirmed, with costs. See 44 N. Y. Supp. 581.

CHRYSTAL, Respondent, v. MASSACHUSETTS NAT. LIFE ASS'N. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Eugene Chrystal against the Massachusetts National Life Association. No opinion. Judgment affirmed, with costs.

CITY OF JOHNSTOWN, Respondent, v. Rogers et al., Appellants. (Supreme Court, Appellate Division, Third Department. September Term, 1897.) Action by the city of Johnstown against Andrew J. Rogers, impleaded with David Ireland and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to serve an amended answer within 20 days, upon payment of the costs of the demurrer and of this appeal. See 47 N. Y. Supp. 1132.

COLLINS, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Second Department. November 30, 1897.) Action by Hattie A. T. Collins against Andrew L. Taylor. No opinion. Order affirmed, with $10 costs and disbursements.

COLONEY et al., Respondents, v. FARROW, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Agnes E. Coloney and others against Edwin Farrow. No opinion. Judgment and order affirmed, with costs.

COLONEY, Appellant, v. FARROW, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Jay C. Coloney against Edwin Farrow. No opinion. Judgment and order affirmed, with costs. See 39 N. Y. Supp. 460.

In re COLONIAL CITY TRACTION CO. (Supreme Court, Appellate Division, Third Department. December 8, 1897.) In the matter of the application of the Colonial City Traction Company for the appointment of commissioners. No opinion. Application granted, and Alonzo P. Strong, J. W. Houghton, and James W. Eaton appointed as commissioners. Order to be settled before Mr. Justice HERRICK. See 47 N. Y. Supp. 1133.

COOPER et al., Respondents, v. BECKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.)

Action by Henry H. Cooper and others against Louis W. Becker. No opinion. Order affirmed, with $10 costs and disbursements.

COTTLE et al., Respondents, v. ROCKWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Octavius O. Cottle, and another, as executors, etc., against Pauline M. Rockwell, impleaded, etc. No opinion. Appeal dismissed, with $10 costs.

COTTER, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Ellen Cotter, Jr., against the Metropolitan Elevated Railway Company and others. A. O. Townsend, for appellants. J. A. Weekes, for respondent. No opinion. Judgment affirmed, with costs.

CRANDALL, Respondent, v. JACOB, Appellant. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by Eben V. Crandall against Julius Jacob. No opinion. Application for leave to appeal to the court of appeals denied. See 48 N. Y. Supp. 279.

CROCKER et al., Respondents, v. ORPHEUS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Leonard B. Crocker and others against Buffalo Orpheus and others. No opinion. Judgment affirmed, with costs.

In re CUVILLIER. (Supreme Court, Appellate Division, Second Department. December 14, 1897.) In the matter of the application of Louis A. Cuvillier for license to practice law. No opinion. The applicant should produce a letter of recommendation from one of the judges of Virginia, as required by rule 2 of the rules for admission of attorneys to practice.

In re CZAKI. (Supreme Court, Appellate Division, First Department. December 10, 1897.) In the matter of Frederick M. Czaki. No opinion. Motion denied.

DAVEY et al., Respondents, v. ORIENT INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Reuben J. Davey and Fanny Davey against the Orient Insurance Company. No opinion. Judgment and order affirmed, with costs.

DELEHANTY, Respondent, v. FITHIAN et al., Appellants. CAMPBELL, Respondent, v. FITHIAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Actions by Edward J. Delehanty, as general guardian of Daniel W. Streeter, an infant, against Richard B. Fithian and others, and by Isabel Campbell against Richard B. Fithian. No opinion. Orders affirmed, with $10 costs in one case and disbursements in both.

DEMPSEY, Appellant, v. WEST SIDE R. CO. OF ELMIRA. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by James Dempsey, as administrator, etc., of Thomas W. Dempsey, deceased, against the West Side Railroad Company of Elmira. No opinion. Exceptions overruled, with costs, and judgment ordered for defendant upon the nonsuit.

In re DENTON'S WILL. (Supreme Court, Appellate Division, Fourth Department. March Term, 1897.) In the matter of proving the will of Nehemiah Denton, deceased. No opinion. Motion denied, without costs. See 45 N. Y. Supp. 1138.

DE ST. LAURENT, Appellant, v. SLATER, Respondent. (Supreme Court, Appellate Division, Second Department. December 7, 1897.) Action by Esther G. De St. Laurent against George A. Slater. No opinion. Judgment affirmed, with costs, on opinion of the special term. See 43 N. Y. Supp. 63.

DIEHL v. ROBINSON. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Julia Diehl, as administratrix, against Andrew Robinson. No opinion. Motion denied upon payment of $10 costs, to enable appellant to move in court below to open default.

DOWNEY, Respondent, v. LOW, Appellant. (Supreme Court, Appellate Division, Second Department. December 28, 1897.) Action by Nicholas Downey, an infant, by James Downey, his guardian ad litem, against Abbott A. Low. No opinion. Motion for reargument or leave to appeal to the court of appeals denied. See 48 N. Y. Supp. 207.

DOWNS v. ROSS et al. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Ella R. Downs against Reuben W. Ross and others. No opinion. Motion denied.

DUCY LUMBER CO., Respondent, v. LEWIS, Appellant. (Supreme Court Appellate Division, Third Department. December 7, 1897.) Action by the Ducy Lumber Company against Frank Lewis, Sr. No opinion. Judgment affirmed, with costs.

DUDLEY, Respondent, v. SNYDER, Appellant. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Samuel F. Dudley against Stephen F. Snyder. No opinion. Judgment affirmed, with costs.

DUNNING, Respondent, v. CURTICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by John D. Dunning against G. Howard Curtice. No opinion. Order affirmed, with $10 costs and disbursements.

DYER v. CARNCROSS et al. (Supreme Court, Appellate Division, Third Department. December 8, 1897.) Action by Bradbury Dyer against Florence C. Carncross and others. No opinion. Judgment affirmed, with costs.